DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES ECKARDT,**
Appellant,

v.

**THOMAS G. DIGGES, JR.,** as trustee of the **DENISE Z. DIGGES FAMILY TRUST,**
Appellee.

No. 4D19-2324

[February 20, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2014-CA-005217-XXXX-MB.

Marc Edward Rosenthal, Paul David Edwards, Casey Ryan Cummings, Joseph Thomas Dunn and Charlie Xie of Rosenberg Cummings & Edwards PLLC, Fort Lauderdale, for appellant.

Rod Coleman, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***